IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **QUINCY D. TAYLOR**, *Plaintiff*, <br><br> v. <br><br> **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**, *Defendant*. | CAUSE NO. 3:19-CV-331-CWR-FKB |

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 82, summary judgment is granted and this case is finally closed on the Court's docket.

**SO ORDERED**, this the 13th day of April, 2023.

                                                     s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE